**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-61009-CIV-ALTONAGA/Reid**

**SALOME LOPEZ-VICENTE**,

     Petitioner,

v.

**TODD LYONS, ACTING DIRECTOR**
**U.S. IMMIGRATION & CUSTOMS**
**ENFORCEMENT**, *et al.*,

     Respondents.

_____/

**<u>ORDER</u>**

**THIS CAUSE** came before the Court *sua sponte*. On April 8, 2026, Petitioner, Salome Lopez-Vicente filed a Petition for Writ of Habeas Corpus [ECF No. 1], challenging his detention at the Broward Transitional Center in Pompano Beach, Florida. (*See generally id.*).

Being fully advised, it is

**ORDERED** as follows:

1. Counsel for Respondents shall notify the Court of receipt of this Order and the name of the Assistant United States Attorney to whom the case is assigned.

2. On or before **April 20, 2026**, Respondents shall file a memorandum of fact and law ("response") to show cause why the Petition should not be granted and shall file all documents and transcripts necessary for resolution of the Petition. *See* 28 U.S.C. § 2243 (requiring a response to an order to show cause "be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed").

CASE NO. 26-61009-CIV-ALTONAGA

3.  Counsel for Respondents is instructed to caption the response a "response" and not a "motion to dismiss."

4.  Petitioner may, but is not required to, file a reply within **7 days** after Respondents file the response.

**DONE AND ORDERED** in Miami, Florida, this 15th day of April, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2